Attorney for Debtor
Pia J. North, Esq. #29672
North & Associates, P.C.
5913 Harbour Park Drive
Midlothian, VA 23112
Tel: (804) 739-3700
Fax: 739-2550

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:  Ron C. Cannon, Debtor                               Case No. : 13-36107
Carl M. Bates, Trustee                                      Chapter 13

### DEBTOR'S MOTION TO VACATE DISMISSAL

Comes Now, Debtor, Ron C. Cannon, by Counsel, Pia J. North, Esq. and moves this Court for an Order Vacating the Order of Dismissal entered by the Court on December 31, 2013. In support of this Motion, the debtor states the following:

1. Ron C. Cannon, the debtor filed a petition for relief under Chapter 13 on November 9, 2013.

2. Carl M. Bates was appointed to serve as the Chapter 13 Trustee in this matter.

3. The meeting pursuant to 11 U.S.C. §341 was scheduled for December 27, 2013.

4. This matter was dismissed upon Local Rule 2003-1(B) because the debtor did not attend the meeting scheduled pursuant to 11 U.S.C. §341.

5. The debtor did not attend the scheduled hearing because he was ill on the day of the hearing.

Wherefore the Debtor, Ron C. Cannon respectfully requests that this Court vacate its Order of Dismissal and schedule a new hearing pursuant to 11 U.S.C. §341, and for all such further relief as the Court deems just and proper..

                              Respectfully submitted:
                              Ron C. Cannon

By:     /s/ Pia J. North
        Counsel

Attorney for Debtor
Pia J. North, Esq. #29672
North & Associates, P.C.
5913 Harbour Park Drive
Midlothian, VA 23112
Tel: (804) 739-3700
Fax: 739-2550

                    UNITED STATES BANKRUPTCY COURT
                      EASTERN DISTRICT OF VIRGINIA
                              Richmond Division

IN RE: Ron C. Cannon, Debtor                        Case No. : 13-36107
Carl M. Bates, Trustee                              Chapter 13


     Pia J. North, attorney for Ron C. Cannon has filed a Motion to Vacate Dismissal of his Chapter 13 Bankruptcy with the court.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before 14 days from January 14, 2014, you or your attorney must:

    **x**    File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

        Clerk of Court
        United States Bankruptcy Court
        701 E. Broad Street, Room 4000
        Richmond, VA 23219

        You must also mail a copy to:

Attorney for Debtor              Chapter 13 Trustee
Pia J. North, Esq. #29672        Carl M. Bates
North & Associates, P.C.         P.O. Box 1819
5913 Harbour Park Drive          Richmond, VA 23218-1819
Midlothian, VA 23112


    ☐    Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing.
        **If no timely response has been filed opposing the relief requested, the court may**

   **grant**
    **the relief without holding a hearing.**

**X**   Attend the hearing on the motion scheduled to be held on **January 29, 2014 at 10:30 am**. at United Bankruptcy Court, **701 E. Broad Street, Suite 5000, Richmond, VA  23219.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.


   Respectfully submitted:

                                Ron C. Cannon

                 By:    /s/ Pia J. North
                        Counsel

## Certificate of Service

     I hereby certify that on January 14, 2014, I served a true copy of the foregoing Motion to Vacate Dismissal and Notice of Motion through the Court's CM/ECF system or by first class mail, postage pre-paid to: the Ron C. Cannon, Debtor, 1503 Summit Oak Court; Apt F, Richmond, VA 23228, Carl M. Bates, P.O. Box 1819, Richmond, VA 23218, Chapter 13 trustee, United States Trustee at 701 E. Broad Street, Room 4304, Richmond, VA 23219 and to all creditors and parties of interest on the attached mailing matrix.


                 By:    /s/ Pia J. North
                        Counsel

| | | |
|---|---|---|
| North & Associates, PLC<br>Pia J. North<br>5913 Harbour Park Drive<br>Midlothian, VA 23112 | Carmax Financial<br>225 Chastain Meadows Court<br>Kennesaw, GA 30144 | Commercial Check Control<br>7250 Beverly Blvd.<br>Ste. 200<br>Los Angeles, CA 90036-2560 |
| AMCA<br>PO Box 1235<br>Elmsford, NY 10523-0935 | Cashcall Inc<br>1600 S Douglass Rd<br>Anaheim, CA 92806 | Commonwealth of VA-Tax<br>P.O. Box 2156<br>Richmond, VA 23218-2156 |
| Applied Bank<br>601 Delaware Ave<br>Wilmington, DE 19801 | Ccs/First Savings Bank<br>500 E 60th St N<br>Sioux Falls, SD 57104 | Credit Coll<br>Po Box 9134<br>Needham, MA 02494 |
| Ballato Law Firm<br>3721 Westerre Parkway<br>Henrico, VA 23233 | Check City<br>Post Office Box 970183<br>Orem, UT 84097 | Credit Control Corp<br>11821 Rock Landing Dr<br>Newport News, VA 23606 |
| Bank of America<br>P.O. Box 45224<br>Jacksonville, FL 32232 | Check Systems<br>7805 Hudson Rd.<br>Suite 100<br>Woodbury, MI 55125 | Dept Of Ed/Sallie Mae<br>11100 Usa Pkwy<br>Fishers, IN 46037 |
| BCC Financial Manag<br>3230 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Checkcare System<br>RE: Bankruptcy<br>5295 Greenwich Road<br>Virginia Beach, VA 23454 | District of Columbia<br>Collection Services<br>P. O. Box 37038<br>Washington, DC 20013 |
| Berkeley, Curry & Cook<br>1301 N. Hamilton Street<br>Suite 200<br>Richmond, VA 23230 | City of Richmond - Civil Divis<br>John Marshall Court Bldg<br>400 N. 9th Street<br>Richmond, VA 23219 | Eastern Account System<br>75 Glen Rd Ste 110<br>Sandy Hook, CT 06482 |
| Cap One<br>Po Box 85520<br>Richmond, VA 23285 | City of Richmond PP<br>Personal Property Tax Assmnt<br>900 E. Broad Street - Rm 102<br>Richmond, VA 23219 | EZ Pass Services Center<br>Violation Processing Center<br>P.O. Box 1234<br>Clifton Forge, VA 24422 |
| Capio Partners Llc<br>2222 Texoma Pkwy Ste 150<br>Sherman, TX 75090 | Clc<br>501 Bleecker St<br>Utica, NY 13501-2498 | First Savings Credit Card<br>Post Office Box 5019<br>Sioux Falls, SD 57117-5019 |
| Capio Partners Llc *<br>2222 Texoma Pkwy Ste 150<br>Sherman, TX 75090 | Comcast<br>PO BOX 3002<br>Southeastern, PA 19398 | Focused Recovery Solutions<br>9701 Metropolitan Ct Ste<br>North Chesterfield, VA 23236 |

Fredericksburg GP Bur
10506 Wakeman Dr
Fredericksburg, VA 22407

LTD Credit Services
4590 E. Broad Street
Columbus, OH 43213-1301

Radiology Assoc of Richmond
P.O. Box 79923
Baltimore, MD 21279-9923

Harris & Harris, LTD
600 W. Jackson Blvd. Suite 400
Chicago, IL 60661

Maryland TransportationAuthor
E-Z Pass
P.O. Box 17600
Baltimore, MD 21297

Receivable Management
7206 Hull Street Rd Ste
North Chesterfield, VA 23235

Henrico Doctor's Hospital
P.O. Box 402478
Atlanta, GA 30384

NCO
P.O. Box 585
Ramsey, NJ 07446

Riverside Tappahannock Hosp.
Post Office Box 6008
Newport News, VA 23606

HSBC
PO Box 5253
Carol Stream, IL 60197

New Genfcu
1700 Robin Hood Road
Richmond, VA 23220

Sallie Mae
11100 Usa Pkwy
Fishers, IN 46037

I.C. System Inc.
P.O. Box 64378
St Paul, MN 55164

Ntelos
Post Office Box 580423
Charlotte, NC 28258-0423

St. Mary's Hopsital
P.O. Box 590067
Fort Lauderdale, FL 33359

Internal Revenue Service
Insolvency Unit
Post Office Box 7346
Philadelphia, PA 19114

Patient First
5000 Cox Road
Suite 100
Glen Allen, VA 23060

TRS Recovery Services
5251 Westheimer
Houston, TX 77056

Jarrett, LP
dba Chelsea Square Townhouse
3721 Westerre Parkway Suite A
Henrico, VA 23233

Profess Acct
633 W Wisconsin Av
Milwaukee, WI 53203

United Collect Bur Inc
5620 Southwyck Blvd Ste
Toledo, OH 43614

Kroger Check Recovery Center
Post Office Box 30650
Salt Lake City, UT 84130-0650

Profession Emergency Care
P.O. Box 1257
Troy, MI 48099

Vacap Federal Cu
1700 Robin Hood Rd
Richmond, VA 23220

Lab Corp
P.O. Box 2240
Burlington, NC 27216

Progressive
P. O. Box 7247-0012
Philadelphia, PA 19170

Virginia Credit Union
720 East Broad Street
Richmond, VA 23223

LCA Collections
Post Office Box 2240
Burlington, NC 27216-2240

Rac Acceptance
5501 Headquarters Dr
Plano, TX 75024

Virginia Emergency Physicians
Post Office Box 85080
Lock Box 4387
Richmond, VA 23285-4387

Attorney for Debtor
Pia J. North, Esq. #29672
North & Associates, P.C.
8014 Midlothian Tpke; #202
Richmond, VA 23235
Tel: (804) 739-3700
 Fax: (804) 739-2550

**United States Bankruptcy Court**
**Eastern District of Virginia**
**Richmond Division**

In Re: Ron C. Cannon
        Debtor

        Case No. 13-36107
        Chapter 13

**NOTICE**

PLEASE TAKE NOTICE that on January 29, 2014 at 10:30 am or as soon thereafter as is practical, we will appear before the Honorable Kevin R. Huennekens in Courtroom 5000 of the United States Bankruptcy Court, Eastern District of Virginia, Richmond Division located at 701 East Broad Street, Richmond, Virginia on the Debtor's Motion to Vacate Dismissal.

        Ron C. Cannon
BY:        /s/ Pia J. North
        Counsel

**CERTIFICATE**

I hereby certify that on 1/14/2014, I mailed the Motion to Vacate Dismissal, Notice of Motion Vacate Dismissal and Notice of Hearing by first class mail, postage pre-paid to: U.S. Trustee 701 E. Broad Street, Suite 4304 Richmond, VA 23218, Carl M. Bates and all creditors and parties of interest herein.

        /s/ Pia J. North
        Pia J. North